# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

QaShontae Short

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. The Flint Police Department
Michigan State Police Department
Burton Police Department, officer Conquest

Mt. Morris MI Police Department
officer Charles Forrester, Jr.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:19-cv-13715
Judge: Roberts, Victoria A.
MJ: Patti, Anthony P.
Filed: 12-18-2019 At 04:21 PM
CMP Short v Flint Police Department (sk)

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: QaShontae Short
   Street Address: 2466 Green Pine dr. apt. 1
   City and County: Burton MI 48519
   State and Zip Code:
   Telephone Number: (810) 610-2691
   E-mail Address: qshort24@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: The Flint Police Department
   Job or Title (if known):
   Street Address: 210 E 5th st. Flint
   City and County: Flint Genesee
   State and Zip Code: Michigan
   Telephone Number: 810-237-6800
   E-mail Address (if known):

   Defendant No. 2

   Name: State Police Department
   Job or Title (if known):
   Street Address: 4495 Corunna rd
   City and County: Flint MI 48532 Genesee
   State and Zip Code: Michigan 48532
   Telephone Number: (810) 733-9380
   E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3
- Name: Burton Police Department
- Job or Title (if known): Officer Conquest
- Street Address: 4090 Manor dr
- City and County: Burton  Genesee
- State and Zip Code: Michigan  48519
- Telephone Number: (810) 742-2542
- E-mail Address (if known):

Defendant No. 4
- Name: Mt. Morris
- Job or Title (if known): Officer Charles Forrester, jr.
- Street Address: 11649 Saginaw st
- City and County: Mt. Morris  Genesee
- State and Zip Code: Michigan  48458
- Telephone Number: (810) 686-4400
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

MCL 750.483a (6)(a)
MCL 750.491
MCL 750.492a (1)
MCL 750.520b (iii)(ii)(e)(i)(iv)
MCL 750.41h (a)(b)(c)(d)(e)(i)(iv)(f)(a)(a)(b)(3)(v)(g)(ii) a(b)(c)(3)
MCL 600.2918 (1)(a)(b)(c)(g)
MCL 780.9512 (a)(b)
MCL 750.81 (3)(7)
MCL 400.1501 Section 1 of 1978 PA 389 3(d)(e)(v)(g)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____,
    is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3. The Amount in Controversy

300 million    10 million/year × 2.5 yrs.

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I have been deliberately harrassed, stalked, sexually assaulted and homeless. I've been injured and still feel the effects of the pain today. No attorneys will return my calls no one has been open to help me for fear of retaliation. My entire life has been turned upside down I have been made to look untrusted, evil and conniving. My life has been turned into a nightmare.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- <u>Mt. Morris</u> police arrested me and used excessive force because I called 911 on him while he was attempting to arrest, Charles Forrester, Jr. tried to get me charged with domestic assault against a police officer. I have never been in a relationship with Charles Forrester, Jr.

- I was asked to go on a date with an officer named Charles, a black officer from a different state to attempt to justify officer Charles Forrest, jr., a white officer, actions for domestic assault. I was sexually assaulted by charles "Lee", the black officer.

- I was sent a picture of a condo at 5227 Country wood ln, Gd Blanc where the realtors last name was "Lee" after I made my plaintiff demands.

- I was assaulted by officer Conquest, a female, possibly, indian, officer who used forcible entry into my apartment after a 911 call about a dispute between my landlord Green Pine Acres and myself. in <u>Burton</u>

- The assault occurred while a pending investigation is ongoing against Judge Latchana for the reinstatement of my drivers license.

- I was arrested for fraud ~~but was~~ while Judge Latchana was my judge but the check was written in Davison & error made by Grand Blanc Chase.

- <u>State of Michigan</u> Police arrested me for fraud but there was no active warrant for my arrest. I was told, PLEASE SEE BACK →
by state officer "I fit the description."

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Excessive force by female, flint officer. I was treated but told there was nothing wrong with me yet I still feel the effects of chest pain on my left side, inflammation along my left ribs, I have reason to believe my floating "true" ribs are damaged on the left side. My sternocleoid mastoid muscle, I believe was torn which is causing pain in my chest, just below my clavicle and my left side of my neck hurts. My right foot swells up periodically due to me kicking, per female, black, Flint officer, I was told there was nothing wrong. I was told I would receive a referral to physical therapy for my injuries, per Hamilton clinic, still, nothing. I was told I would receive an MRI of my foot, still nothing. This has been a malicious and continuous, deliberate act of violence, vicariously to not implicate the true culprits. I want to be financially compensated for the pain endured, the years I lost from my son and by not being able to work yet not considered disabled.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-14-1, 20 19.

Signature of Plaintiff

Printed Name of Plaintiff  Qashontae Short

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

After thinking long and hard about this situation I believe all of this stems from Both my fathers and my mother because my biological father could possibly believe I was disrespectful about the house that was given to me in an uninhabitable state which "we" my son's father and I turned into a habitable state. That house was taken away for me and I chose not to fight for it until now, if this hypothesis rains true. My mother may believe "I" she was disrespectful because I told her "quit trying to tell me how to raise my child and have a child of her own" which she cannot due to menopause. I also took my washer and dryer from my mom after several attempts of asking her to deliver them to me after she said she would. My mom got upset because I asked her to "use" my lawn mower after I housed my belongings at her house. Someone stole my lawnmower, mysteriously. I bought a remote control camera for my son and my mom wanted to argue about her buying it for my son, I chose not to argue with her about it, that car now sits at the head of her bed. My biological dad's side of the family, my aunt and grandmother, wanted the house back after "we" redide renovated the house, I signed the deed and chose not to fight for the house until now. My stepdad and my brother I gave a car to. My step dad somehow ended up with the car. I never asked for anything about it. My stepfather cosigned for me a vehicle which he refused to give back to me after I chose to get out of it and purchase another to ease my anxiety. My biological father was upset with me and kept telling "I needed to find a job and when I raised my voice back he hit me. This has been years of abuse at my residences and vehicles.

7

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☒ Yes ☐ No

If yes, give the following information:

Court: 67th District court

Case No.: multiple cases relatable

Judge: Marable / Manley / Perry

Notes:

| | | | |
|---|---|---|---|
| 13-0019-SC | | | |
| C16E2705 | C19 3306 | C19G4662 | C19A3753 |
| C17C0347 | C19G3311 | C19G5708 | C19A3881 |
| C18G2931 | C19G3312 | C19G5709 | C19A3882 |
| C18G3011 | C19G3313 | C19G5710 | C19G7207 |
| C19G1182 | C19G3316 | C19G5711 | C19G7941 |
| C19G2169 | C19G3398 | C19G5712 | C19G7942 |
| C19G2171 | C19G3028SX | C19G5718 | 15 |
| C19G2172 | C19G3313SX | C19G5758 | 15C01689 |
| C19G2170 | C19G3306 | C19G6022 | 15-1303457B |
| C19G3028 | C19G4224 | C19G6242 | 151303457C |
| | C19G7940 | C19A3752 | 1613303984 |
| | | 17F01418 | 17F01263 |
| | | | 17F01417 |

| To re-order this form, call (517) 337-1211<br>Target Information Management, Inc. | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | **SUMMONS AND COMPLAINT**<br>Page of Pages | **CASE NO.** |
| Court address | | Court telephone no. |

I was pulled over in December 2013. My son and I were riding down N. Saginaw St. heading south toward home. I noticed the police following us from Gracelawn Cemetary up until we crossed Hamilton ave. When we crossed Hamilton ave the officer flashed his lights. The officer asked to see my drivers license and registration. Officer headed to the car, came back and asked me to step out of the vehicle. I told my son to call somebody to get him. The officer said I was under arrest and I asked for what and he said Fraud. I kept asking questions fraud, how, where for what and the officer stated check fraud and asked didn't someone come to my house and I said No. Family members came and picked up my son. My vehicle was ~~tot~~ towed. I was lodged in the Genesee County Jail. I was being patted down by a black, female officer while 4 or 5 male officers looked on. The female officer checked my right side and unzipped my jacket which I only had on a bra underneath. There were 2 male officers on the right. The female officer went to the left side and checked my jacket and as a reflex I zipped my jacket with my right hand because I felt uncomfortable being exposed. The female officer was behind me on the left then she grabbed my left arm and forced it behind my back then proceeded to throw me on the ground. I remember hearing her say why are you kicking me and I kept saying my breast are out and she was yelling no they're not. As I fell to the ground I was twisted like a pretzel. The female officer knee was in my chest and a white male officer on my left as I was face down he pressed his knee on my head and a 3rd officer maced me in the face. My face was burned badly by the mace. My phone was stolen that had the pictures of my face burns. There was not a warrant for my arrest ever found. No warrants were sent to my house. I'm emotionally ruined and I still suffer today.

MC 01a (3/85) **SUMMONS AND COMPLAINT**

- DEFENDANT + 1,000,000.00 -

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Qashontae Short

**DEFENDANTS**
Flint Police Department, MI State Police Department, Mt. Morris Police Department, Charles Forrester, Jr., Burton Police Department, officer Cordue

**(b)** County of Residence of First Listed Plaintiff: Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [X] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [X] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [X] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation / [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [X] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [X] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [X] 360 Other Personal Injury / [X] 380 Other Personal Property Damage | [X] 720 Labor/Management Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [X] 362 Personal Injury - Medical Malpractice / [X] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [X] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [X] 230 Rent Lease & Ejectment | [X] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [X] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [X] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [X] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [X] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [X] 5 Transferred from Another District (specify) ~~err~~
- [X] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Code 2255, 16 U.S. Code 831 a-3, 51 U.S. Code 20137

Brief description of cause:
It's a combination fraud, slander, malpractice, negligence

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 300,000,000 — 10,000,000/yr for 2.5
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Marable
DOCKET NUMBER:

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____